# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GEOFFREY H. ANDERSON,

    Plaintiff,

v.                            CASE NO. 4:09cv142-RH/WCS

HOLLY LOFLAND et al.,

    Defendants.

_____/

## ORDER GRANTING SUMMARY JUDGMENT FOR THE DEFENDANTS

    The plaintiff asserts that Tallahassee police officers used excessive force against him in connection with an arrest. He asserts claims under 42 U.S.C. § 1983 and state law. The case is before the court on the magistrate judge's report and recommendation, ECF No. 115, and the objections, ECF No. 116. I have reviewed *de novo* the issues raised by the objections.

    The report and recommendation correctly concludes that the defendants are entitled to summary judgment. The record includes a video recording of the arrest. I have reviewed the video. As the report and recommendation correctly concludes, the video shows that the plaintiff's claims are simply false.

    For these reasons,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendants' motion for summary judgment, ECF No. 70, is GRANTED.

2. The clerk must enter judgment stating, "The plaintiff's claims are dismissed with prejudice."

SO ORDERED on August 10, 2011.

                                              s/Robert L. Hinkle
                                              United States District Judge